City of Buffalo, Respondent, v. Plainfield Hotel Corporation, Appellant, et al., Defendants.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies a motion of the hotel corporation to remove a

tax foreclosure action into the United States District Court.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.